1  Ronald L.M. Goldman, Esq. (State Bar No. 33422)
   *rgoldman@baumhedlundlaw.com*
2  A. Ilyas Akbari, Esq. (State Bar No. 228051)
   *iakbari@baumhedlundlaw.com*
3  **BAUM HEDLUND ARISTEI GOLDMAN, PC**
4  12100 Wilshire Boulevard, Suite 950
   Los Angeles, California 90025-7114
5  Telephone: (310) 207-3233
   Facsimile: (310) 820-7444
6

7  *Attorneys for Plaintiffs*
   JONG HOE KOO, YEONG AE SONG, D.K. and J.K.
8

9                  **UNITED STATES DISTRICT COURT FOR THE**

10                      **NORTHERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| **JONG HOE KOO, an individual; YEONG AE SONG, an individual; D.K., a minor by and through her father and *Guardian Ad Litem* JONG HOE KOO; and J.K., a minor by and through his father and *Guardian Ad Litem* JONG HOE KOO,**<br><br>Plaintiffs,<br><br>vs.<br><br>**ASIANA AIRLINES, INC., a corporation; THE BOEING COMPANY, a corporation,**<br><br>Defendants. | Case No. 4:13-cv-05517- YGR<br><br>**STIPULATION AND [PROPOSED] ORDER CONCERNING PLAINTIFFS JONG HOE KOO, YEONG AE SONG, D.K. AND J.K.'S ADMINISTRATIVE MOTION TO DISMISS COMPLAINT FILED IN THE 4:13-CV-05517- YGR DOCKET, WITHOUT PREJUDICE** |

**STIPULATION AND [PROPOSED] ORDER CONCERNING PLAINTIFFS JONG HOE KOO, YEONG AE SONG, D.K. AND J.K.'S ADMINISTRATIVE MOTION TO DISMISS COMPLAINT FILED IN THE 4:13-CV-05517- YGR DOCKET, WITHOUT PREJUDICE;**
**Case No.: 4:13-CV-05517- YGR**

**BAUM HEDLUND ARISTEI GOLDMAN PC**

1  WHEREAS, on **April 21, 2014**, Honorable Yvonne Gonzalez Rogers in the MDL proceedings released the Order Regarding Case Management Procedures and Dates Set at April 11, 2014 Case Management Conference ("CMO #1"), dated April 21, 2014, document 28, in the MDL No. 2497 proceedings. (See **Exhibit 1** to the Declaration Of A. Ilyas Akbari In Support Of Plaintiffs Jong Hoe Koo, Yeong Ae Song, D.K. and J.A.'s Administrative Motion To Dismiss Complaint Filed In The 4:13-Cv-05517- YGR Docket, Without Prejudice ("Akbari Decl.")) The CMO #1 orders the Plaintiffs to file a Consolidated Master Complaint on May 12, 2014. The CMO #1 further sets that each Plaintiff will have until May 27, 2014 to file a Notice of Adoption of the Master Complaint and to file all administrative motions necessary to dismiss individual complaints.

WHEREAS, on **May 12, 2014**, Plaintiffs filed the Consolidated Master Complaint, (See MDL No. 2497, Dkt. No. 60 and **Exhibit 2** to Akbari Decl.).

WHEREAS, on **May 23, 2014**, Plaintiffs Jong Hoe Koo, Yeong Ae Song, D.K. ad J.A. filed their Notice of Adoption of Master Complaint, MDL 2497, Docket No. 100. (See **Exhibit 3** to Akbari Decl.) Plaintiffs have indicated on the Notice of Adoption that they are seeking damages from Defendant Asiana Airlines, Inc. and Defendant The Boeing Company. Plaintiffs further adopt and incorporate by reference each of the causes of action in the Master Complaint as indicated on their Notice of Adoption.

The undersigned agree and respectfully request that this Court grant Plaintiffs' Administrative Motion to Dismiss the complaint they filed in the 4:13-CV-05517- YGR docket, without prejudice.

## STIPULATION AND [~~PROPOSED~~] ORDER

I hereby attest that concurrence in the filing of the Stipulation re: Plaintiffs Jong Hoe Koo, Yeong Ae Song, D.K. and J.A.'s Administrative Motion To Dismiss Complaint Filed In 4:13-CV-05517- YGR Docket, Without Prejudice, has been obtained from each of the other Signatories.

---

STIPULATION AND [~~PROPOSED~~] ORDER CONCERNING PLAINTIFFS JONG HOE KOO, YEONG AE SONG, D.K. AND J.K.'S ADMINISTRATIVE MOTION TO DISMISS COMPLAINT FILED IN THE 4:13-CV-05517- YGR DOCKET, WITHOUT PREJUDICE; Case No.: 4:13-CV-05517- YGR

1

BAUM HEDLUND ARISTEI GOLDMAN PC

| | |
|---|---|
| Dated: May 27, 2014 | **BAUM HEDLUND ARISTEI GOLDMAN, PC** |
| | By: /s/ A. Ilyas Akbari |
| | A. Ilyas Akbari, Esq. (CA Bar No. 228051) |
| | 12100 Wilshire Blvd., Suite 950 |
| | Los Angeles, CA 90025 |
| | Telephone: (310) 207-3233 |
| | (Fax): (310) 820-7444 |
| | Attorneys for the Plaintiffs |
| | |
| Dated: May ___, 2014 | **CONDON & FORSYTH LLP** |
| | By: _____ |
| | FRANK A. SILANE |
| | SCOTT D. CUNNINGHAM |
| | JENNIFER J. JOHNSTON |
| | IVY L. NOWINSKI |
| | NATASHA N. MIKHA |
| | Attorneys for Defendant |
| | **ASIANA AIRLINES, INC.** |
| Dated: May ___, 2014 | **PERKINS COIE LLP** |
| | By: _____ |
| | KAYCIE L. WALL |
| | DANIEL E. LASSEN |
| | JOHN D. DILLOW |
| | BRUCE D. CAMPBELL |
| | JOE SILVERNALE |
| | MICHAEL E. SCOVILLE |
| | Attorneys for Defendant |
| | **THE BOEING COMPANY** |

**STIPULATION AND [PROPOSED] ORDER CONCERNING PLAINTIFFS JONG HOE KOO, YEONG AE SONG, D.K. AND J.K.'S ADMINISTRATIVE MOTION TO DISMISS COMPLAINT FILED IN THE 4:13-CV-05517- YGR DOCKET, WITHOUT PREJUDICE; Case No.: 4:13-CV-05517- YGR**

2

BAUM HEDLUND ARISTEI GOLDMAN PC

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

5  Dated: October 29, 2014

    _____
    HON. YVONNE GONZALEZ ROGERS
    United States District Court Judge

BAUM HEDLUND
ARISTEI GOLDMAN
PC

STIPULATION AND [PROPOSED] ORDER CONCERNING PLAINTIFFS JONG HOE KOO, YEONG AE SONG, D.K. AND J.K.'S ADMINISTRATIVE MOTION TO DISMISS COMPLAINT FILED IN THE 4:13-CV-05517- YGR DOCKET, WITHOUT PREJUDICE; Case No.: 4:13-CV-05517- YGR

3

## CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles; I am over the age of 18 years and not a party to the within cause. My business address is Baum Hedlund Aristei Goldman, P.C., 12100 Wilshire Blvd., Suite 950, Los Angeles, California, 90025.

On this day, I served the following documents in the manner described below:

**ADMINISTRATIVE MOTION TO DISMISS COMPLAINT, DECLARATION OF A. ILYAS AKBARI IN SUPPORT OF ADMINISTRATIVE MOTION TO DISMISS COMPLAINT, AND [PROPOSED] ORDER CONCERNING ADMINISTRATIVE MOTION TO DISMISS COMPLAINT BY PLAINTIFFS JONG HOE KOO, YEONG AE SONG, D.K. AND J.K.**

✘   **VIA FIRST CLASS MAIL:** I am readily familiar with this firm's practice for collection and processing of correspondence for mailing. Following that practice, I placed a true copy of the aforementioned document(s) in a sealed envelope, addressed to each addressee, respectively, as specified below. The envelope was placed in the mail at my business address, with postage thereon fully prepaid, for deposit with the United States Postal Service on that same day in the ordinary course of business.

**[SEE ATTACHED SERVICE LIST]**

✘   **VIA ECF**: I caused the aforementioned documents to be filed via the Electronic Case Filing (ECF) system in the United States District Court for the Northern District of California, on all parties registered for e-filing in Case Number Case No. 4:13-CV-03896-YGR, MDL No. 2497. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed at Los Angeles, California, on May 27, 2014.

/S/ A. Ilyas Akbari
A. Ilyas Akbari

**SERVICE LIST**

**VIA FIRST CLASS MAIL**
Frank A. Silane, Esq.
Jennifer J. Johnston, Esq.
Scott D. Cunningham, Esq.
CONDON & FORSYTH, LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California  90067-6010
Telephone: (310) 557-2030
Facsimile: (310) 557-1299
fsilane@condonlaw.com
jjohnston@condonlaw.com
scunningham@condonlaw.com
*Attorneys for Defendant,*
*ASIANA AIRLINES, INC.*

**VIA FIRST CLASS MAIL**
Kaycie L. Wall, Esq.
Daniel E. Lassen, Esq.
PERKINS COIE, LLP
3150 Porter Drive
Palo Alto, California  94304-1212
Telephone: (650) 838-4300
Facsimile: (650) 838-4350
kwall@perkinscoie.com
dlassen@perkinscoie.com
*Attorneys for Defendant,*
*THE BOEING COMPANY*

**VIA FIRST CLASS MAIL**
Bruce D. Campbell, Esq.
Michael E. Scoville, Esq.
John D. Dillow, Esq.
PERKINS COIE, LLP
1201 Third Avenue, Suite 4900
Seattle, Washington  98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
bcampbell@perkinscoie.com
mscoville@perkinscoie.com
jdillow@perkinscoie.com
*Attorneys for Defendant,*
*THE BOEING COMPANY*

**VIA FIRST CLASS MAIL**
Bates McIntyre Larson, Esq.
Charles William Mulaney, Esq.
PERKINS COIE, LLP
131 South Dearborn, Suite 1700
Chicago, Illinois  60603
Telephone: (312) 324-8400
Facsimile: (312) 324-9400
blarson@perkinscoie.com
cmulaney@perkinscoie.com
*Attorneys for Defendant,*
*THE BOEING COMPANY*