1  Ronald L.M. Goldman, Esq. (State Bar No. 33422)
   *rgoldman@baumhedlundlaw.com*
2  A. Ilyas Akbari, Esq. (State Bar No. 228051)
   *iakbari@baumhedlundlaw.com*
3  **BAUM HEDLUND ARISTEI & GOLDMAN, PC**
4  12100 Wilshire Boulevard, Suite 950
   Los Angeles, California 90025-7114
5  Telephone: (310) 207-3233
   Facsimile: (310) 820-7444
6
7  *Attorneys for Plaintiffs*

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

| IN RE: AIR CRASH AT SAN FRANCISCO, CALIFORNIA ON JULY 6, 2013 | Case No. 13-MD-2497-YGR |
|---|---|
|  | MDL No. 2497 |
| THIS DOCUMENT RELATES TO: 4:13-CV-05517-YGR | **~~PROPOSED~~ ORDER GRANTING PLAINTIFF JONG HOE KOO'S UNOPPOSED ADMINISTRATIVE MOTION AS GUARDIAN AD LITEM OF MINOR J.K. TO PARTIALLY FILE RECORDS UNDER SEAL** |
| *Jong Hoe Koo, et al., v. Asiana Airlines, Inc., et al.* |  |
|  | Date: |
|  | Time: |
|  | Dept:   Courtroom 5, 2nd Floor |
|  | Judge:  Honorable Yvonne Gonzalez Rogers |

**~~PROPOSED~~ ORDER GRANTING PLAINTIFF JONG HOE KOO'S UNOPPOSED ADMINISTRATIVE MOTION AS GUARDIAN AD LITEM OF MINOR J.K. TO PARTIALLY FILE RECORDS UNDER SEAL; 4:13-CV-05517-YGR; MDL No. 2497**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

This unopposed motion of Plaintiff Jong Hoe Koo as Natural Parent and Next Friend of J.K. (hereinafter "Minor"), is pursuant to Civil Local Rules §§79-5(d) and 7-11, for an order to partially file the following records under seal, including all exhibits to said documents: 1) Plaintiff Jong Hoe Koo's Unopposed Motion as Guardian ad Litem of Minor for Approval of the Minor's Compromise; 2) the Declaration of A. Ilyas Akbari in Support thereof; 3) the Affidavit of Jong Hoe Koo in Support thereof; 4) the Report of Next of Friend in Support thereof; and 5) a Proposed Order Granting Plaintiff Jong Hoe Koo's Unopposed Motion as Guardian ad Litem of Minor J.K. for Approval of the Minor's Compromise (collectively referred hereinafter as the "Motion to Compromise and supporting documents").  The Court having considered the papers filed in support of the Unopposed Motion to Partially File Records Under Seal and good cause appearing therefore:

**IT IS ORDERED** that Jong Hoe Koo's request to redact and partially file records under seal containing private, confidential, and/or sensitive information relating to Minor is **GRANTED**. Therefore Jong Hoe Koo is ordered to redact the following from the Unopposed Motion to Compromise and supporting documents, including all exhibits to said documents filed herewith:

a) Minor's [surname];

b) Minor's date of birth;

c) Minor's Social Security Number;

d) Minor's mailing address;

e) Minor's medical records;

f) Minor's physical and emotional status;

g) Minor's banking information;

h) The settlement amount received by Minor; and

/ / /

/ / /

**~~PROPOSED~~ ORDER GRANTING PLAINTIFF JONG HOE KOO'S UNOPPOSED ADMINISTRATIVE MOTION AS GUARDIAN AD LITEM OF MINOR J.K. TO PARTIALLY FILE RECORDS UNDER SEAL; 4:13-CV-05517-YGR**; **MDL No. 2497**

1

i)  All amounts that would permit the settlement amount to be extrapolated, including the net recovery, amount of total attorney fees, and the number from which attorneys' fees are calculated.

**IT IS SO ORDERED.**

Dated: __April 15, 2016__

_____
HON. YVONNE GONZALES ROGERS
United States District Judge

~~PROPOSED~~ ORDER GRANTING PLAINTIFF JONG HOE KOO'S UNOPPOSED ADMINISTRATIVE MOTION AS GUARDIAN AD LITEM OF MINOR J.K. TO PARTIALLY FILE RECORDS UNDER SEAL; 4:13-CV-05517-YGR; MDL No. 2497

2